UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 18-053-DCR-01 |
| V. | ) ) | |
| KLOUD LOGAN JONES, | ) ) | **MEMORANDUM ORDER** |
| Defendant. | ) ) | |

*** *** *** ***

Defendant Kloud Jones pleaded guilty to distributing fentanyl resulting in an overdose death in violation of 21 U.S.C. § 841(a)(1). He was sentenced to a total of 300 months' imprisonment on April 26, 2019. Two status points were added to Jones' criminal history score during his sentencing hearing because he committed the instant offense while under a criminal justice sentence imposed by a state court. *See* U.S.S.G. § 4A1.1(d). However, Amendment 821 to the United States Sentencing Guidelines (Part A) now eliminates "status points" for defendants like Jones who had six or fewer criminal history points at the time of sentencing. (U.S.S.G. Amend. 821, eff. Nov. 1, 2023.) Amendment 821 may apply retroactively to reduce the sentences of defendants who have already been sentenced. *See* 18 U.S.C. § 3582(c)(2).

When considering whether to reduce the sentence of such a defendant, the Court considers whether the factors set forth in 18 U.S.C. § 3553(a) weigh in favor of granting a sentence reduction. *Id.* Consistent with General Order 23-21, the United States Probation Office for the Eastern District of Kentucky has prepared an analysis regarding the expected application

of the Amendment to the defendant's sentence. The Probation Office will be directed to provide a copy of its analysis to the defendant and the United States. The United States will be directed to tender a response and the defendant may thereafter file a reply. Following the conclusion of briefing, the matter will stand submitted for a determination of whether the defendant's sentence will be reduced. Accordingly, it is hereby

**ORDERED** as follows:

1. The United States Probation Office is directed to promptly provide a copy of its analysis regarding application of Amendment 821 to the United States and Defendant Kloud Jones.

2. **Within 14 days**, the United States is directed to file a response explaining its position regarding whether the defendant should receive a sentence reduction under Amendment 821 (and, if so, to what extent).

3. **Within 14 days** of the United States' response being filed, Defendant Jones may file a reply.

4. The Clerk of the Court is directed to forward a copy of this Memorandum Order to the United States Probation Office in Lexington, Kentucky.

Dated: February 15, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky